**FILED**
APR 3 0 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ADAM MURILLO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ANITA A. KAY,<br><br>　　　　Respondent. | Case No. SACV 10-0309-CJC (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition for writ of mandate and all of the records and files, including the Report and Recommendation of the United States Magistrate. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered dismissing the petition with prejudice.

Dated: April 29, 2010

_____
Cormac J. Carney
United States District Judge