JS-6 / ENTERED

FILED
APR 30 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ADAM MURILLO,<br><br>    Petitioner,<br><br>    v.<br><br>ANITA A. KAY,<br><br>    Respondent. | Case No. SACV 10-0309-CJC (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition for Writ of Mandate is dismissed with prejudice.

Dated: April 29, 2010

_____
Cormac J. Carney
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 30 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY